UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2025
```

EVA'S PHOTOGRAPHY, INC.,

          Plaintiff,

-v-

ROWING BLAZERS LTD,

          Defendant.

**ORDER**

24-CV-9231 (LAK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff filed its Complaint on December 3, 2024. ECF No. 1. On December 17, 2025, Plaintiff served the summons and complaint on Defendant and filed proof of such service on December 27, 2024. ECF No. 8. Defendants' answers were due by January 7, 2025. On January 21, 2025, Plaintiff sought and obtained a certificate of default. ECF Nos. 9, 11.

    To date, the docket reflects that Defendant has neither appeared in this action nor responded to the Complaint. Given Defendant's non-appearance since the affidavits of service were filed, if Plaintiff believe that it has effectuated service, it should initiate default judgment proceedings in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) by **September 12, 2025**. Alternatively, Plaintiff may submit a status letter by the same date, informing the Court as to Plaintiff's litigation plan.

1

2

    Failure to comply with this Order may result in a recommendation to the Honorable Lewis A. Kaplan that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: August 22, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge