UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EVA'S PHOTOGRAPHY, INC.,

                        Plaintiff,

          -against-                                      24-cv-9231 (LAK)

ROWING BLAZERS, LTD.,

                        Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment is granted. The Clerk shall enter judgment in favor of plaintiff and against defendant in the total sum of $12,500 consisting of $7,500 in statutory damages plus $5,000 in attorneys fees. The Clerk thereupon shall close the case.

        SO ORDERED.

Dated:      September 4, 2025

                                                          /s/ Lewis A. Kaplan
                                                          Lewis A. Kaplan
                                                   United States District Judge

[Stamp:] USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9-4-25