UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVA'S PHOTOGRAPHY, INC.,

              Plaintiff,

24 **CIVIL** 9231 (LAK)

    -against-

**DEFAULT JUDGMENT**

ROWING BLAZERS, LTD.,

              Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated September 4, 2025, Plaintiff's motion for a default judgment is granted. Judgment is entered in favor of plaintiff and against defendant in the total sum of $12,500 consisting of $7,500 in statutory damages plus $5,000 in attorneys fees; accordingly, the case is closed.

**DATED**: New York, New York
          September 5, 2025

                                           **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                          **BY**: _K. Mango_
                                            **Deputy Clerk**